**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6155**

UNITED STATES OF AMERICA,

           Plaintiff – Appellee,

    v.

PHILIP MARTIN COOPER,

           Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda Wright Allen, District Judge.  (2:99-cr-00138-AWA-1)

Submitted:  May 17, 2012          Decided:  May 25, 2012

Before GREGORY and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Philip Martin Cooper, Appellant Pro Se. Neil H. MacBride, United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Philip Martin Cooper appeals the district court's order denying his motion to proceed in forma pauperis. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Cooper</u>, No. 2:99-cr-00138-AWA-1 (E.D. Va. Dec. 6, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>